FILED
AUG -1 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr2492-JAH |
| Plaintiff, | Title 26, U.S.C., Sec. 7206(1) – Filing a False Income Tax Return |
| v. | |
| ROBERT L. LINDSLEY, | |
| Defendant. | |

The United States Attorney charges:

On or about April 15, 2005, within the Southern District of California, defendant ROBERT LINDSLEY did willfully make and subscribe to a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for the year 2002, which contained and was verified by a written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct to every material matter in that said income tax return reported gross receipts of $68,946, whereas, defendant ROBERT LINDSLEY then well knew and believed, that his correct gross receipts was in excess of the amount reported on the tax return; all in violation of Title 26, United States Code, Section 7206(1).

DATED: 7/30/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney