AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 08cr2492-JAH |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| ROBERT L. LINDSLEY, | |
| Defendant. | |

**FILED AUG - 1 2008 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

I, ROBERT L. LINDSLEY, the above named defendant, who is accused of filing a false income tax return for the year 2002 in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charges in the information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

8/01/08
DATED

ROBERT L. LINDSLEY
Defendant

8-1-08
DATED

BERNARD G. SKOMAL, ESQ.
Counsel for Defendant

Before _____
~~United States District Judge~~/ United States Magistrate Judge