# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                         )  CASE NUMBER __08cr2492-JAH__
vs                       )
                         )  ABSTRACT OF ORDER
Robert Lindsley          )
                         )  Booking No. _____
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/1/08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

__X__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __as USM closed today (4__
__Dft ordered to be fingerprinted on monday 8-5-08__

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

OR

Received _____       W. SAMUEL HAMRICK, JR.   Clerk
         DUSM                         by
                                         __Rhee Rhone__
                                         Deputy Clerk

Crim-9   (Rev 6-95)                                       ☆ U.S. GPO: 1996-783-398/40151

                            R. Rhone

CLERKS' COPY