1  BERNARD G. SKOMAL
   Attorney At Law
2  State Bar No. 116239
   1010 Second Ave., Ste. 1850
3  San Diego, CA. 92101
   (619)230-6500
4

5
                      UNITED STATES DISTRICT COURT
6                    SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA   )   Case No.08cr2492-JAH
                              )
9                             )
        Plaintiff,            )
10                            )
     v.                       )   **ACKNOWLEDGMENT OF NEXT COURT DATE**
11                            )
   ROBERT L. LINDSLEY,        )
12                            )
        Defendant.            )
13 _____)

14     The undersigned hereby files the acknowledgment of next court

15 date in support of the Joint Motion to Continue.

16

17 Dated: Sept. 3, 2008              /s/ Bernard G. Skomal
                                     Bernard G. Skomal Attorney
18                                   for Defendant

1

2  CERTIFICATE OF PROCESS

3  I hereby certify that on Sept. 3, 2008 I electronically filed
   defendant's acknowledgment of next court date with the Clerk of the
4  Court using the CM/ECF system.  I thereby served the opposing party
   by e-filing to the Office of the Clerk, which will serve the parties
5  listed on the electronic service list for this case.

6  Dated: Sept. 3, 2008                    Respectfully submitted,
                                            /s/ Bernard G. Skomal
7                                           Bernard G. Skomal
                                            Attorney for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

```
 1  BERNARD G. SKOMAL
    Attorney At Law
 2  State Bar No. 116239
    1010 Second Ave., Ste. 1850
 3  San Diego, CA  92101
    (619)230-6500
 4
 5
              UNITED STATES DISTRICT COURT
 6            SOUTHERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA  )  Case No. 08cr2492-JAH
                              )
 9                            )
        Plaintiff,            )
10                            )
      v.                      )  Acknowledgment of Next Court Date
11                            )
    ROBERT L. LINDSLEY,       )
12                            )
        Defendant.            )
13  _____)
14
    STATE OF CALIFORNIA  )
15                       ) ss.
    COUNTY OF SAN DIEGO  )
16
17     I, Robert L. Lindsley, the defendant in the above entitled
18  case, hereby acknowledge that my next court date to appear in the
19  United States District Court for the Southern District of California
20  is: Dec. 15, 2008 at 10:30 am.
21     I declare that the foregoing is true and correct.
22
    Dated: Sept. 2, 2008                 [signature]
23                                       Robert L. Lindsley
                                         Defendant
24
25
26
```